# THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF IOWA

Michelle M. McCoid

    Plaintiff,

    v.

United States of America,

    Defendant

**Complaint**
Civil Action No.

1. This is a suit arising under the Internal Revenue Code of 1986, as amended (26 U.S.C. §§1 *et seq.*[1]), for the recovery of Federal income taxes paid by Plaintiff, Michelle Marie McCoid, for calendar year 2020.

## JURISDICTION; VENUE

2. Jurisdiction is conferred upon the Court by 28 U.S.C. §1346(a)(1).

3. Venue is appropriate under 28 U.S.C. §1402(a)(1).

## PARTIES

4. Plaintiff, Michelle M. McCoid, is a citizen of the United States who presently resides at 810 S Stuart St Sigourney, IA 52591

5. Defendant is the United States of America.

6. Plaintiff timely filed her Federal income tax return (Form 1040) for calendar year 2020 (Plaintiff's "Original 2020 Return"). The full name and address of Plaintiff (and the last four digits of her social security number), as they appeared on such return, were as follows:

---

[1] All references herein to the Internal Revenue Code are to the Internal Revenue Code as in effect during 2020.

Michelle M. McCoid
810 S Stuart St
Sigourney, IA 52591
0631

7.      Plaintiff filed her Original 2020 Return using "head-of-household" filing status, pursuant to 26 U.S.C. §2(b).

8.      On her Original 2020 Return, Plaintiff reported an income tax liability of $0.

9.      On her Original 2020 Return, Plaintiff claimed a "dependency exemption," pursuant to 26 U.S.C. §§151(a) and (c)(1), with respect to her children: A.B., I.B., H.B., and J.B.

10.      On her Original 2020 Return, Plaintiff claimed a $6,491.00 earned income credit, pursuant to 26 U.S.C. §32, with respect to her children: A.B., H.B., and J.B.

11.      On her Original 2020 Return, Plaintiff claimed a $3,587 additional child tax credit, pursuant to 26 U.S.C. §§24(a) and (d), with respect to her child I.B.

12.      Plaintiff additionally claimed $1,197 in federal income tax withheld in excess of her tax liability.

13.      As a result, Plaintiff's Original 2020 Return claimed a refund of $11,275, which she never received.

14.      After the filing of Plaintiff's Original 2020 Return, the Internal Revenue Service audited her return and proposed to disallow Plaintiff's dependency exemptions, earned income credit and additional child tax credit, and to change her filing status to "single."

15.      Plaintiff was not able to properly contest the audit, nor file a Petition in the United States Tax Court.  After receiving the notice that she was being audited, Plaintiff had intended to prove her dependency exemptions were proper by providing documentation of her children's birth certificates and school records. Plaintiff had lost the birth certificates for A.B., I.B., H.B., and J.B. after a change of residence. She was also not able to afford new copies of the birth

certificates until several months later. Plaintiff has since acquired the necessary documentation to prove her dependency exemption were proper.

16. Accordingly, on or about June 25, 2021, the Internal Revenue Service removed Plaintiff's dependency exemptions, earned income credit and additional child tax credit, changed her filing status to single, assessed her $201 in income tax, and imposed upon her a $40.20 accuracy-related penalty.

17. Plaintiff filed her 2021 tax return in the spring of 2023. $251.00 of Plaintiff's 2021 income tax refund was applied against Plaintiff's outstanding 2020 tax liability. This payment eliminated Plaintiff's outstanding 2020 tax liability, plus all penalties and interest.

18. Plaintiff is entitled to the refund claimed on her 2020 Return. This is because she is entitled to the dependency exemptions, earned income credit and additional child tax credit claimed on her 2020 Return, and satisfies the statutory requirements therefor, as summarized in the succeeding paragraphs.

19. Plaintiff properly claimed each of her four children as a dependency exemption, because each of her children was her "dependent," as defined in 26 U.S.C. §§152(a)(1) and (c).

20. Plaintiff properly claimed her three children for purposes of the earned income credit, because Plaintiff is an "eligible individual," as defined in 26 U.S.C. §32(c)(1)(A)(i), and because each of her children are her "qualifying child," as defined in 26 U.S.C. §§32(c)(3)(A) and 152(c).

21. Plaintiff properly claimed her daughter, I.B., for purposes of the additional child tax credit, because I.B. was her "qualifying child," as defined in 26 U.S.C. §§24(c)(1) and 152(c).

22. Because more than six months have expired since the filing of Plaintiff's refund claim, and less than two years have passed since the June 25, 2021 disallowance of the disputed claim, Plaintiff may begin her suit under 26 U.S.C. §7422(a), pursuant to 26 U.S.C. §6532(a)(1).

23. Plaintiff has complied with the requirements set forth in 26 U.S.C. §§7491(a)(2)(A) and (B). Accordingly, if Plaintiff introduces credible evidence with respect to any factual issue relevant to ascertaining her income tax liability for her 2020 taxable year, the Secretary of the Treasury shall have the burden of proof with respect to such issue.

## JURY DEMAND

24. Plaintiff hereby demands a jury on all issues triable by a jury.

**WHEREFORE**, Plaintiff prays for judgment against the Defendant in the amount of $11,516.20: the sum of: (i) the 2020 tax refund wrongfully withheld from Plaintiff ($11,275), (ii) the amount erroneously paid by Plaintiff with respect to her 2021 tax refund ($251), or such amount as Plaintiff may be entitled to, together with costs and interest as allowed by law, and for such other relief as the Court may deem appropriate.

Dated: June 13, 2023

Respectfully submitted,

*/s/ Andrea Buckley*

_____
Andrea Hiatt Buckley AT0009455
Patrick Took AT0013899
Attorneys for Michelle McCoid
Iowa Legal Aid
507 7th Street, Suite 402
Sioux City, Iowa 51101
Phone: 712-277-8686
Fax: 712-277-2554
Email: abuckley@iowalaw.org
ptook@iowalaw.org